UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : ORDER FOR RETURN OF

VS. : DEPOSIT FOR BAIL

: 09-CR-298

KERRY DEMINGS : RECOG. NEW 2063
Case No. DNJX209CR000298-001

:

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Two thousand dollars ($2,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 27th day of April, 2012

ORDERED that the sum of Two thousand dollars ($2,000.00) so deposited as aforesaid be returned to Tabatha S. Trim Demings, 281 Weequahic Avenue 1st Floor, Newark, New Jersey 07112 the surety of said recognizance.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT